# UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico (Old San Juan)

| | |
|---|---|
| IN RE: | Case No.: 10-01160 |
| Debtors: DIANA INOSTROZA MEDINA | Loan Number (Last 4): 6846 |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| DLJ Mortgage Capital, Inc. | BANCO POPULAR as service agent for POPULAR MORTGAG |
| Serviced by Select Portfolio Servicing, Inc. | c/o WALLACE VAZQUEZ SANABRIA |
| Name of Transferee | Name of Transferor |
| | |
| 3815 South West Temple | Court Claim # (if known): 9 |
| Salt Lake City, UT 84115 | Amount of Claim: $51,329.27 |
| | Date Claim Filed: 04/17/2010 |
| | |
| Phone: 800-258-8602 | Last Four Digits of Acct #: 6884 |
| Last Four Digits of Acct #: 6846 | |

Name and Address where transferee payments should be sent (if different from above):

PO Box 65450
Salt Lake City, UT 84165

Phone: 800-258-8602
Last Four Digits of Acct #: 6846

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Diana Duarte                                    Date: 02/11/2014
    Authorized Filing Agent
    (Approved by: Gina Hiatt)

Specific Contact Information:
P: 800-258-8602
Gina.Hiatt@spservicing.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

448360-5879e949-0239-4499-86bc-93a2603cd2aa